IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr150

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| KWADWO NARH | ) | |
| | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the government to dismiss the Superseding Bill of Indictment only without prejudice, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 12). The defendant pled guilty to the original Bill of Indictment.

**IT IS THEREFORE ORDERED** that the government is granted leave to dismiss the Superseding Bill of Indictment only (Doc. No. 9) in the above captioned case without prejudice.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: October 4, 2007

Robert J. Conrad, Jr.
Chief United States District Judge